**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| ROBERT COLEMAN, <br> ADC #146255, <br>         Plaintiff, <br> v. <br> MIKE BEEBE, Governor of Arkansas; *et al.*, <br>         Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 5:12-cv-00137-SWW |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 23rd day of May 2012.

                              /s/Susan Webber Wright

                              UNITED STATES DISTRICT JUDGE