## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| ROBERT COLEMAN, | * | |
| ADC #146255, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 5:12-cv-00137-SWW |
| | * | |
| MIKE BEEBE, Governor of Arkansas; *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff Robert Coleman's motion [doc.#8] for reconsideration of this Court's Order and Judgment dismissing his complaint without prejudice has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 7th day of June 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE